IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:16-cv-24848

SREAM, INC., a California Corporation,

    Plaintiff,

v.

MIAMI BEACH SPORTS, INC., a Florida Corporation,

    Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS, MIAMI BEACH SPORTS, INC, a FLORIDA CORPORATION, WITHOUT PREJUDICE**

The Plaintiff, SREAM, INC., a California Corporation, by and through its undersigned counsel, hereby voluntarily dismisses the Defendant, MIAMI BEACH SPORTS, INC., a Florida Corporation, from this case without prejudice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P. The terms and conditions of the settlement agreement are strictly confidential as agreed by the parties, and as such, no terms of the settlement agreement shall be disclosed.

Dated: March 6, 2017

                            Respectfully submitted,

                            /s/ Richard M. Morris____
                            Richard M. Morris
                            Florida Bar No.: 116441
                            Jamie Alan Sasson
                            Florida Bar No.: 10802
                            Serv513@LegalBrains.com
                            Serv555@LegalBrains.com
                            **THE TICKTIN LAW GROUP, PLLC.**
                            270 SW Natura Avenue
                            Deerfield Beach, Florida 33441-1610
                            Telephone: (954) 570-6757
                            Facsimile: (954) 570-6760

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 6th day of March, 2017, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ Richard M. Morris
Richard M. Morris

## SERVICE LIST

Miami Beach Sports, Inc.
R/A Farid Kozman
1513 Washington Avenue
Miami Beach, Florida 33139

THE TICKTIN LAW GROUP, PLLC,
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757